DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOEL JASMIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1918

[March 28, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 09-20924CF10A.

Joel Jasmin, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GROSS, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***